1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICK A. HAZELTINE,                    Case No. 1:04-cv-06712 LJO JLT (PC)

12              Plaintiff,                  ORDER TO SHOW CAUSE WHY THIS
                                           ACTION SHOULD NOT BE DISMISSED
13        vs.                              FOR FAILURE TO PROSECUTE

14   TUOLUMNE COUNTY BOARD
     OF SUPERVISORS, et al.,
15
              Defendants.
16   _____/

17        Plaintiff is a civil detainee proceeding pro se and *in forma pauperis* with a civil rights action

18   pursuant to 42 U.S.C. § 1983.  By order filed August 31, 2010, the Court directed Plaintiff to, within

19   thirty days, either file an amended complaint curing the deficiencies identified by the Court in its

20   order or notify the Court that he wishes to proceed only against Defendants Carroll, Giannini, and

21   Lackey for the use of excessive force in violation of the Fourteenth Amendment.  Plaintiff was

22   warned that failure to comply with the Court's order would result in a recommendation that this

23   action be dismissed.  Nevertheless, the thirty day period has expired, and Plaintiff has failed to

24   respond to the Court's order.

25        Accordingly, it is HEREBY ORDERED that within twenty-one (21) days from the date of

26   this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure

27   to prosecute.  In addition, Plaintiff shall either file an amended complaint curing the deficiencies

28   identified by the Court in its August 31, 2010 order or notify the Court that he wishes to proceed

1

only on the claims found cognizable by the Court in its August 31, 2010 order.  Plaintiff is firmly cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **November 30, 2010**          _____
                                              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE